1  JERRY PERSKY
   California State Bar No. 96574
2  5657 Wilshire Boulevard, Suite 340
   Los Angeles, California 90036
3  Telephone No.  (323) 938-4000
   Facsimile No.   (323) 938-4068
4  E-mail address: jpersky48@aol.com

5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| ANGIA KOVALESKI, | ) | NO. CV 07-4544 MLG |
| Plaintiff, | ) | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

The Court having received a Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act (EAJA) in the amount of three thousand two hundred twenty five dollars and no cents ($3,225.00),

IT IS HEREBY ORDERED that plaintiff be awarded EAJA fees in the amount stipulated.

DATED: July 2, 2008

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

1